

**FILED**

JAN 3 1 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| ST. PETER'S HOSPITAL and MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC. (AIG), LEXINGTON INSURANCE COMPANY,<br><br>Defendants. | No. CV 16-91-H-SEH<br><br>ORDER |

On January 30, 2017, the Court conducted a hearing on its previously issued Order to Show Cause.[1] Upon the record made in open court:

---

[1] Doc. 3.

ORDERED:

1. The Order to Show Cause[2] is DISCHARGED.

2. Counsel for Plaintiff is expected to communicate with counsel for Lexington Insurance Company and inform him or her that an appearance of record on behalf of Lexington Insurance Company is to be filed by February 3, 2017.

3. Plaintiff forthwith shall take all steps necessary and appropriate to undertake and complete service on American International Group, Inc. and to report to the Court no later than February 10, 2017, on steps taken or ongoing to effect such service. In the alternative, Plaintiff may inform the Court on or before February 10, 2017, that American International Group, Inc. is to be dismissed as a party defendant.

DATED this 31st day of January, 2017.

SAM E. HADDON
United States District Judge

---

[2] Doc. 3.