
# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| ST. PETER'S HOSPITAL and MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC. (AIG), LEXINGTON INSURANCE COMPANY,<br><br>Defendants. | No. CV 16-91-H-SEH<br><br>ORDER |

Defendant Lexington Insurance Company has moved for admission of Catherine A. Naltsas, Esq. ("Naltsas") and Jerome P. Doctors, Esq. ("Doctors") to appear *pro hac vice* in this case with Thomas L. Mahlen, Jr., Esq. of Billings,

Montana, to act as local counsel.[1] The applications appear to be in compliance with L.R. 83.1(d).

ORDERED:

Lexington Insurance Company's Motion for *Pro Hac Vice* Admission of Catherine A. Naltsas[2] and Lexington Insurance Company's Motion for *Pro Hac Vice* Admission of Jerome P. Doctors[3] are GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead or co-lead counsel;

2. Either Naltsas or Doctors, but not both, may act as co-lead counsel;

3. Naltsas and Doctors must each do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions and briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before this Court;

4. Local counsel must also sign all such pleadings, motions, briefs and other documents served or filed.

---

[1] Doc. 12; Doc. 13.

[2] Doc. 12.

[3] Doc. 13.

Admission is personal to Naltsas and Doctors; it is not an admission of Lynberg & Watkins law firm.

FURTHER ORDERED:

This Order will be withdrawn unless Naltsas and Doctors, within fifteen (15) days of the date of this Order, file an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 8th day of February, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge