# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## HELENA DIVISION



FILED

SEP 26 2017

Clerk, U.S. District Court
District Of Montana
Helena

ST. PETER'S HOSPITAL and
MOUNTAIN STATES
HEALTHCARE RECIPROCAL RISK
RETENTION GROUP and
COLUMBIA CASUALTY
COMPANY,

Plaintiffs,

vs.

LEXINGTON INSURANCE
COMPANY,

Defendant.

No. CV 16-91-H-SEH

ORDER

Pending before the Court is Defendants' Unopposed Motion to Take Judicial Notice[1] requesting that this Court "take judicial notice of pleadings and docket sheet in *Fisher v. St. Peter's Hospital, et al*, ADV 2014-722, First Judicial District, Lewis & Clark County, Montana."[2] The Unopposed Motion to Take Judicial Notice clarifies that: "Plaintiffs do not oppose the motion for the Court to take judicial notice of the pleadings, but Plaintiffs do not consent to judicial notice

---

[1] Doc. 45.

[2] Doc. 45 at 1-2.

of the facts set forth in those pleadings."[3]

ORDERED:

Defendants' Unopposed Motion to Take Judicial Notice[4] is GRANTED in part and DENIED in part. Judicial notice is taken of the record of pleadings and docket sheet from *Fisher v. St. Peter's Hospital, et al*, ADV 2014-722, First Judicial District, Lewis & Clark County, Montana.[5] No notice is taken as to the truth of factual or other allegations in Cause ADV 2014-722.

DATED this 26th day of September, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[3] Doc. 45 at 2.

[4] Doc. 45.

[5] Docs. 41-1, 41-2, 41-3, and 41-4.