IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
FEB 0 1 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| ST. PETER'S HOSPITAL and MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | No. CV 16-91-H-SEH<br><br>ORDER |

On February 1, 2018, the Court conducted a hearing on Plaintiffs' Motion for Partial Summary Judgment on Court I of the Complaint, Duty to Defend[1] and Lexington Insurance Company's Motion for Partial Summary Judgment on Count I of the Complaint, Duty to Defend.[2]

---

[1] Doc. 36.

[2] Doc. 42.

Upon the record made in open court,

ORDERED:

1. Plaintiffs' Motion for Partial Summary Judgment on Court I of the Complaint, Duty to Defend[3] is DENIED.

2. Lexington Insurance Company's Motion for Partial Summary Judgment on Count I of the Complaint, Duty to Defend[4] is DENIED.

DATED this 1st day of February, 2018.

SAM E. HADDON
United States District Judge

---

[3] Doc. 36.

[4] Doc. 42.