IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

FILED
MAR 2 2 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| ST. PETER'S HOSPITAL and MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | No. CV 16-91-H-SEH<br><br>ORDER |

Pending before the Court is Plaintiffs' Unopposed Motion In Limine Re Damages.[1] On March 14, 2018, the Court ordered that this phase of litigation be limited to "issues related to the duty to defend contained in Count I of Plaintiffs' Complaint."[2]

---

[1] Doc. 79

[2] Doc. 66 at 1.

ORDERED:

During the duty to defend phase of litigation, the parties are precluded from introducing any comment, argument, testimony, or evidence concerning damages in the Underlying Suit, *Fisher v. St. Peter's Hospital, et al*, ADV 2014-722, First Judicial District, Lewis & Clark County, Montana, or this suit.

DATED this 22nd day of March, 2018.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge