IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| ST. PETER'S HOSPITAL and MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | No. CV 16-91-H-SEH<br><br>ORDER |

Before the Court is Lexington Insurance Company's Unopposed Motion to Allow Live Trial Testimony of Michael Bazzi By Contemporaneous Transmission.[1]

For good cause shown,

---

[1] Doc. 99.

ORDERED:

1. Michael Bazzi will be permitted to testify at trial via contemporaneous transmission with appropriate safeguards through livestream videoconferencing from Behmke Reporting and Video Services at 2225 E. Bayshore Road, Suite 200, Palo Alto, California, or an alternative location to be designated by the Court.

2. The date and time for presentation of Michael Bazzi's testimony will be set by further order of Court.

3. Counsel responsible for Bazzi's appearance shall make all necessary video conference arrangements with Court systems staff by contacting the Systems Department, ((406) 497-1253). A successful video conference test must be conducted sufficiently in advance of the appearance to ensure that testing can be completed without imposition of unrealistic or inappropriate time and scheduling constraints upon systems personnel. The hearing will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

DATED this 16th day of May, 2018.

SAM E. HADDON
United States District Judge