FILED

MAY 3 1 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| ST. PETER'S HOSPITAL and MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | No. CV 16-91-H-SEH<br><br>ORDER |

Before the Court is Lexington Insurance Company's Second Motion in Limine to Exclude Evidence of Noncompliance or Compliance with Policy Notice Requirements for Underlying Lawsuit.[1]

Upon the record made in open court,

---

[1] Doc. 77.

ORDERED:

Defendant's motion[2] is DENIED.

DATED this 31st day of May, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 77.