IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant. | No. CV 16-91-H-SEH<br><br>ORDER |

Lexington Insurance Company's Unopposed Motion for Leave for Catherine A. Naltsas, Esq. to Appear in Lieu of Co-Lead Counsel Jerome P. Doctors, Esq., at the Hearing Set for June 7, 2018,[1] is GRANTED in part as follows:

1. Jerome P. Doctors, Esq., is excused from attendance at the June 7,

---

[1] Doc. 112.

2018, hearing.

2.  Catherine A. Naltsas, Esq., may appear and personally participate in the June 7, 2018, hearing.

DATED this 4th day of June, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge