FILED

JUN 15 2018

Clerk, U.S. District Court
District Of Montana
Helena

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY<br><br>Defendant/Counterclaim Plaintiff. | Cause No.:  6:16-cv-00091-SEH<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO SEAL** |

UPON Joint Motion for Leave to Seal (Dkt. 125),

ORDERED:

The clerk of court is directed to seal the following documents:

Filed by Lexington: Dkt. 121-3, 121-7, 121-8, 121-10, 121-25, 121-26,

which are exhibits to Lexington's *Notice of Filing* exhibits (Dkt. 121); and Dkt. 122-5 and 122-6, which are attachments to Lexington's *Notice of Filing Original Discovery Documents*.

Filed by Plaintiffs: Dkt. 120-14, 120-18, 120-19, and 120-20, which are exhibts to Plaintiffs' *Notice of Filing Exhibits* (Dkt. 120).

FURTHER ORDERED:

The parties shall file redacted versions of the sealed documents together with amended notices of filing.

DATED this 15th day of June, 2018.

Sam E. Haddon
United States District Judge