IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION


FILED
JUN 18 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>-vs-<br><br>LEXINGTON INSURANCE COMPANY,<br><br>Defendant/Counterclaim Plaintiff. | Cause No. CV 16-91-H-SEH<br><br>ORDER GRANTING PLAINTIFFS LEAVE TO CORRECT SEALED RECORD |

UPON Unopposed Motion for Leave to Correct Sealed record by Counsel for Plaintiffs, and for good cause shown,

IT IS HEREBY ORDERED that pursuant to F.R.Civ.P. 5.2(a) and Local Rule 5.1 the clerk of court shall unseal the following documents: Dkt. 120-14; 120-18; and 120-19, and shall seal the following documents: Dkt. 120-16: 120-21; and 120-22, all of which are attachments to Plaintiffs' Notice of Filing Exhibits (Dkt. 120). Plaintiffs have already filed redacted versions of the sealed exhibits (Dkt. 129).

DATED this 18th day of June, 2018.

Sam E. Haddon
United States District Court Judge