# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY,

Plaintiffs,

vs.

LEXINGTON INSURANCE COMPANY,

Defendant.

No. CV 16-91-H-SEH

**ORDER**

A Joint Notice of Settlement having been filed,

ORDERED:

The parties shall file a stipulation for dismissal and proposed order of dismissal within 30 days of the date of this Order.

DATED this 23rd day of July, 2018.

SAM E. HADDON
United States District Court