IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED

AUG 2 2 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| MOUNTAIN STATES HEALTHCARE RECIPROCAL RISK RETENTION GROUP and COLUMBIA CASUALTY COMPANY, | Cause No. CV 16-91-H-SEH **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs/Counterclaim Defendants, | |
| -vs- | |
| LEXINGTON INSURANCE COMPANY, | |
| Defendant/Counterclaim Plaintiff. | |

Pursuant to the Parties' Stipulation (Doc. 135) to dismiss with prejudice the Complaint and Counterclaim, including claims previously dismissed without prejudice at Docket 111, and for good cause shown,

IT IS ORDERED that the above-entitled case is dismissed with prejudice as the merits of the case were resolved by settlement and stipulation, each party bearing its own costs and attorneys' fees.

DATED this 22nd day of August, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge